UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
James Rowell,

    Debtor.

Case No. 18−30049  
Chapter 13

**NOTICE OF REQUIREMENT TO FILE A STATEMENT OF  
COMPLETION OF A FINANCIAL MANAGEMENT COURSE  
(Official Form 423)**

According to our records, the following items have not been filed within 45 days after the first date set for the § 341 Meeting of Creditors:

**Certificate of Completion of Financial Management Course by the Debtor**  
James Rowell

A debtor must complete an instructional course in personal financial management from an approved provider and file a certification of completion of the course (Official Form 423). Pursuant to Rule 5009(b), Federal Rules of Bankruptcy Procedure, this case may be closed without discharge unless Official Form 423 is filed within the applicable time limit under Rule 1007(c), Federal Rules of Bankruptcy Procedure.

A list of approved credit counseling agencies can be found on our website http:// www.almb.uscourts.gov.

A copy of Official Form 423 can be found on the US Courts website http:// www.uscourts.gov.

Dated April 3, 2018

Juan−Carlos Guerrero  
Clerk of Court

United States Bankruptcy Court
Middle District of Alabama

In re:  
James Rowell  
    Debtor

Case No. 18-30049-WRS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-2    User: admin    Page 1 of 1    Date Rcvd: Apr 03, 2018  
    Form ID: nfmcdb    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2018.  
db    +James Rowell,    P.O. Box 830121,    Tuskegee, AL 36083-0121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2018    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2018 at the address(es) listed below:  
    Bankruptcy Administrator    ba@almb.uscourts.gov  
    Richard D. Shinbaum    on behalf of Debtor James Rowell rshinbaum@smclegal.com, scarter@smclegal.com;tbramlett@smclegal.com  
    Sabrina L. McKinney    trustees_office@ch13mdal.com  
    Stephen Bulgarella    on behalf of Creditor WELLS FARGO BANK, N.A bankruptcy@sirote.com  
    TOTAL: 4